FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 OCT -8 PM 12:38
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISISANA**

| | | |
|---|---|---|
| **JOHN FONTENOT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER** 03-2821 |
| **MCCALL'S BOAT RENTALS, INC.** | * | **SECTION** SECT. I MAG. 2 |

**COMPLAINT**

The complaint of **John Fontenot,** a person of the full age of majority and a resident of the State of Louisiana, respectfully represents the following:

1.

Named as defendant is **McCall's Boat Rentals, Inc., (hereinafter McCall's)**, a domestic corporation licensed to do and doing business in the State of Louisiana, whose registered office is located in St. Mary Parish.

2.

Jurisdiction is founded on the admiralty and maritime character of the claim. The petitioner alleges a cause of action under the general maritime law, 28 U.S.C. Section 1333.

$150.00
✓ Process
X Dkid
CtRmDep
Doc. No. 1

3.

At all times McCall's owned, possessed, managed, operated and controlled the M/V KELLY MCCALL.

4.

On or about August 26, 2002, John Fontenot was employed as a Jones Act seaman by Nabors Offshore Corporation as a roustabout seaman and was assigned to work on the M/V KELLY MCCALL, which vessel was engaged in performing work pertinent to the trade or business of defendant in the navigable waters of the Gulf of Mexico off the coast from Venice, Louisiana.

5.

The petitioner, John Fontenot, was injured due to defendant's fault and negligence. Petitioner was following orders at all times and acting in accord with the directions of his superiors. While in the performance of his duties and due to the unsafe and unseaworthy condition of the vessel and the negligence of McCall's employees, petitioner was caused serious and disabling injuries.

6.

The injuries that petitioner sustained while working on the M/V KELLY MCCALL have prevented him from working and have caused him mental and physical pain and suffering, disability and the loss of enjoyment of life.

7.

The injuries that petitioner sustained include serious and disabling injuries to his back and neck that have resulted in lost wages and will result in the significant loss of wages and lost earning capacity.

8.

Petitioner is making a claim for general damages, including past and future physical and mental pain, suffering, disability, impairment, and loss of enjoyment of life. He is making a claim for damages including past and future wage loss and loss of wage earning capacity and past and future medical and health care expenses. The petitioner makes demand for all damages allowed by law.

**WHEREFORE**, the petitioner, John Fontenot, respectfully prays:

I. That, after all legal delays and due proceedings are had, there be judgment rendered herein in favor of petitioner and against McCall's for such general and special damages as are allowed by law, together with legal interest thereon from date of injury until paid, and for all costs of these proceedings; and

II. For all general and equitable relief.

**GEORGE A. FLOURNOY (Bar Roll #5620)**
FLOURNOY & DOGGETT
(A Professional Law Corporation)
900 Foisy Avenue
P.O. Box 1270
Alexandria, Louisiana 71309
Telephone: (318) 487-9858
Facsimile: (318) 443-1950
**ATTORNEYS FOR John Fontenot**